United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 97-1430 September Term, 1998

New York State Electric & Gas Corporation,
 Petitioner
 
v.

Federal Energy Regulatory Commission,
 Respondent
 
The City of Charlottesville, Virginia, et al.,
 Intervenors
 

 On Petition for Review of Orders of the
 Federal Energy Regulatory Commission
 
 
 

 Before: Ginsburg, Randolph and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED by the Court, that the opinion filed June 4, 1999, be amended as follows:

 On page 3 at line 5, delete the following: See Columbia Gas Transmission Corp., 78
F.E.R.C. 61,030, at 61,117 (1997)

 On page 4, the first complete paragraph beginning "On rehearing..." at line 4 from the
bottom, delete 61,160, and also delete (1997). Cite should read as follows: 79 F.E.R.C. at
61,759.

FOR THE COURT:
Mark J. Langer, Clerk

Filed on June 7, 1999